CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-124-RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING THIRD UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| JOHN WESLEY STEWART, | ) | |
| Defendant. | ) | |

THE COURT has considered Mr. Stewart's third unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for Mr. Stewart the time necessary for effective preparation due to counsel's need for more time for his expert to review records and to meet with Mr. Stewart who is presently incapacitated by COVID-19. In addition, counsel needs more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as counsel for Mr. Stewart has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DATES
(*United States v. Stewart*, No. CR20-124-RSM) - 1

1    (d) the ends of justice will best be served by a continuance, and the ends of

2  justice outweigh the best interests of the public and the defendant in any speedier trial,

3  as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4    (e) the additional time requested between the current trial date of November 8,

5  2021, and the new trial date is necessary to provide counsel for the defendant the

6  reasonable time necessary to prepare for trial, considering counsel's schedule and all of

7  the facts set forth above; and

8    (f) the period of delay from the date of this order to the new trial date is

9  excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

10    IT IS THEREFORE ORDERED that the trial date in this matter shall be

11  continued to January 31, 2022, and that pretrial motions shall be filed no later than

12  December 2, 2021.

13    DONE this 8th day of September 2021.

14

15

16

17  RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT
18  JUDGE

19

20  Presented by:

21  s/ *Michael Filipovic*
    Federal Public Defender
22  Attorney for John Stewart

23

24

25

26

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DATES
(*United States v. Stewart*, No. CR20-124-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**