CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-124-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| JOHN WESLEY STEWART, | |
| Defendant. | |

THE COURT has considered the stipulated motion to extend the deadline for pretrial motions.

IT IS NOW ORDERED that the due date for pretrial motions is extended from December 2 to December 16, 2021, and the government's response to December 28, 2021.

DONE this 2nd day of December 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for John Stewart

ORDER TO CONTINUE
PRETRIAL MOTIONS DEADLINE
(*United States v. Stewart*, No. CR20-124-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100