Chief Judge Ricardo S. Martinez
Magistrate Judge Mary A. Theiler

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-124-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF BOND FOR TEMPORARY TRAVEL |
| JOHN WESLEY STEWART, | |
| Defendant. | |

THE COURT has considered the defendant's motion to modify conditions of bond for temporary travel, the responses of the parties and the records and files herein.

IT IS NOW ORDERED that Mr. Stewart shall be allowed to travel with his church retreat from August 19, 2022 (2:15 am), until August 22, 2022 (11:00 pm).

DATED this 7th day of July 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for John Stewart

ORDER GRANTING MOTION
TO MODIFY CONDTIONS OF BOND
(*U.S. v. Stewart*, No. CR20-124-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100